```
FILED

2017 JUL 24 AM 11:06      CASE NO.  17CR 470

                BRANDEN C. MEYER
DEFENDANT James Lee Pippin  CLERK OF COURTS      JUDGE  JUDGE TRIMMER
                FAIRFIELD CO. OHIO
```

## INDICTMENT

THE STATE OF OHIO          :               COURT OF COMMON PLEAS
FAIRFIELD COUNTY    :SS.                   FAIRFIELD COUNTY, OHIO

OF THE SECOND TERM 2017, THE JURORS OF THE GRAND JURY of said County of Fairfield, on their oaths in the name and by the authority of the State of Ohio, do find and present that:

### COUNT ONE - TRAFFICKING IN HEROIN, F2

On or about March 3, 2015, at the County of Fairfield, State of Ohio or venue being properly placed there pursuant to §2901.12(H), aforesaid, James Lee Pippin, unlawfully did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution, or distribute a controlled substance or a controlled substance analog, when the offender knows or has reasonable cause to believe that the controlled substance or a controlled substance analog is intended for sale or resale by the offender or another person and the drug involved in the violation is heroin or a compound, mixture, preparation, or substance containing heroin the amount of the drug involved equals or exceeds five grams but is less than ten grams in violation of §2925.03(A)(2), 2925.03(C)(6)(d) of the Ohio Revised Code.

Furthermore, the offense was committed in the vicinity of a juvenile.

### COUNT TWO - TRAFFICKING IN COCAINE, F4

And the Jurors of the Grand Jury aforesaid, on their oaths aforesaid, do further present and find, that the said James Lee Pippin, on or about March 3, 2015, at the County of Fairfield, State of Ohio or venue being properly placed there pursuant to §2901.12(H), aforesaid, unlawfully did knowingly prepare for shipment, ship, transport, deliver, prepare for distribution, or distribute a controlled substance or a controlled substance analog, when the offender knows or has reasonable cause to believe that the controlled substance or a controlled substance analog is intended for sale or resale by the offender or another person and the drug involved in the violation is cocaine or a compound, mixture, preparation, or substance containing cocaine in an amount of less than 5 grams in violation of §2925.03(A)(2), 2925.03(C)(4)(a), 2925.03(C)(4)(b) of the Ohio Revised Code.

Furthermore, the offense was committed in the vicinity of a juvenile.

### COUNT THREE - POSSESSION OF COCAINE, F5

And the Jurors of the Grand Jury aforesaid, on their oaths aforesaid, do further present and find, that the said James Lee Pippin, on or about March 3, 2015, at the County of Fairfield, State of Ohio or venue being properly placed there pursuant to §2901.12(H), aforesaid, unlawfully did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved was cocaine or a compound, mixture, preparation, or substance containing cocaine in an amount of less than five grams in violation of §2925.11(A), 2925.11(C)(4)(a) of the Ohio Revised Code.

Exhibit C

### COUNT FOUR - POSSESSION OF HEROIN, F3

And the Jurors of the Grand Jury aforesaid, on their oaths aforesaid, do further present and find, that the said James Lee Pippin, on or about March 3, 2015, at the County of Fairfield, State of Ohio or venue being properly placed there pursuant to §2901.12(H), aforesaid, unlawfully did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is heroin or a compound, mixture, preparation, or substance containing heroin the amount of the drug involved equals or exceeds five grams but is less than ten grams in violation of § 2925.11(A), 2925.11(C)(6)(c) of the Ohio Revised Code.

### COUNT FIVE - TRAFFICKING IN HEROIN, F5

And the Jurors of the Grand Jury aforesaid, on their oaths aforesaid, do further present and find, that the said James Lee Pippin, on or about February 26, 2015, at the County of Fairfield, State of Ohio or venue being properly placed there pursuant to §2901.12(H), aforesaid, unlawfully did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is heroin or a compound, mixture, preparation, or substance containing heroin and the amount of the drug involved is less than 1 gram in violation of §2925.03(A)(1), 2925.03(C)(6)(a) of the Ohio Revised Code.

### COUNT SIX - TRAFFICKING IN HEROIN, F5

And the Jurors of the Grand Jury aforesaid, on their oaths aforesaid, do further present and find, that the said James Lee Pippin, on or about February 25, 2015, at the County of Fairfield, State of Ohio or venue being properly placed there pursuant to §2901.12(H), aforesaid, unlawfully did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is heroin or a compound, mixture, preparation, or substance containing heroin and the amount of the drug involved is less than 1 gram in violation of §2925.03(A)(1), 2925.03(C)(6)(a) of the Ohio Revised Code.

Contrary to the form of the Statute in such case made and provided, and against the peace and dignity of the State of Ohio.

R. KYLE WITT
Prosecuting Attorney
Fairfield County, Ohio

By *Rachel Timoneri*
Rachel M. Timoneri, #0095778
Assistant Prosecuting Attorney

FILED
2017 JUL 24 AM 11:06
BRANDEN C. MEYER
CLERK OF COURTS
FAIRFIELD CO. OHIO

SUMMARY OF INDICTMENT

Case No. **17CR 470**

Second Term 2017

**JAMES LEE PIPPIN**
3129 Fabyan Drive
Reynoldsburg, OH 43068

DOB: 07/12/1956
SSN: XXX-XX-5946

Indictment for:

Count 1:  Trafficking in Heroin, ORC 2925.03(A)(2), 2925.03(C)(6)(d), F2
Count 2:  Trafficking in Cocaine, ORC 2925.03(A)(2), 2925.03(C)(4)(a), 2925.03(C)(4)(b), F4
Count 3:  Possession of Cocaine, ORC 2925.11(A), 2925.11(C)(4)(a), F5
Count 4:  Possession of Heroin, ORC 2925.11(A), 2925.11(C)(6)(c), F3
Count 5:  Trafficking in Heroin, ORC 2925.03(A)(1), 2925.03(C)(6)(a), F5
Count 6:  Trafficking in Heroin, ORC 2925.03(A)(1), 2925.03(C)(6)(a), F5

_Rachel Timoneri_ (signature)
Rachel M. Timoneri, #0095778
Assistant Prosecuting Attorney

**A TRUE BILL**

(signature)
Foreperson of the Grand Jury

**The State of Ohio, Fairfield County.**

I, Branden C. Meyer, Clerk of the Court of Common Pleas in and for said County, do hereby certify that the foregoing is a full, true and correct copy of the original indictment, with the endorsements thereon, now on file in my office.

WITNESS my hand and the seal of said Court, at Fairfield County, Ohio on _July 24, 2017_.

_Branden C. Meyer_
Branden C. Meyer, Clerk

_Michelle Y Cauper_
By: Deputy Clerk