# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES PIPPIN, | Case No. 2:17-cv-598 |
| Plaintiff, | JUDGE ALGENON L. MARBLEY |
| v. | Magistrate Judge Vascura |
| CITY OF REYNOLDSBURG, *et al.*, | |
| Defendants. | |

## ORDER

This Court held a telephonic status conference on Thursday, June 13, 2019 to discuss case progress with the parties. This Court takes notice that the United States Supreme Court is currently considering two cases that would be dispositive of the questions presented in this case. The two cases before the Supreme Court with direct bearing on Plaintiff's claims and Defendants' Motions are *McDonough v. Smith*, No. 18-485, and *Knick v. Township of Scott, PA*, No. 17-647. *McDonough* would clarify a statute of limitations question left open after *Manuel v. Joliet*, 580 U.S. ___ (2017), 137 S. Ct. 911, while *Knick* would clarify whether the Supreme Court's rule from *Williamson County Regional Planning Commission v. Hamilton Bank*, 473 U.S. 172 (1985) continues to govern federal takings claims.

Rather than resolve the issues at bar while the Supreme Court considers these questions, this Court hereby **STAYS** all proceedings in this case. This Court will resume consideration of the pending Motions to Dismiss when the cases at the Supreme Court have been decided and there is sufficient guidance on the new state of the law to allow this Court to proceed. During the status conference, all parties agreed with the decision to stay these proceedings pending the Supreme Court's decisions.

**IT IS SO ORDERED.**

                                                                            s/ Algenon L. Marbley
                                                                            **ALGENON L. MARBLEY**
                                                                            **UNITED STATES DISTRICT JUDGE**

**DATED: June 14, 2019**