# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES PIPPIN, | CASE NO. 2:17-cv-00598 |
| Plaintiff, | JUDGE MARBLEY |
| vs. | MAGISTRATE JUDGE VASCURA |
| CITY OF REYNOLDSBURG, et al., | **STIPULATION FOR DISMISSAL** |
| Defendants | |

Now come all parties, by and through their respective counsel, and hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that Plaintiff James Pippin dismisses all of his claims against all Defendants, with prejudice.

Respectfully Submitted,

*/s/Joseph S. Tann (per consent 4/15/20)*
JOSEPH S. TANN, JR., ESQ.  (0029194)
1307 Seward St., Suite 100
Evanston, IL  60202-2128
(847) 864-4164
(847) 332-0306 – Fax
tannj2@comcast.net

*Counsel for Plaintiff*

*s/JosephFiorello  (per consent 4/15/20)*
TODD A. GRAY  (0071568)
JOSEPH FIORELLO   (0090436)
Lewis Brisbois Bisgaard & Smith LLP
1375 E. 9th Street, Suite 2250
Cleveland, OH 44114
(216) 344-9422
(216) 344-9421 – Fax
Todd.Gray@lewisbrisbois.com
Joseph.Fiorello@lewisbrisbois.com

*Counsel for Defendant Shane Mauger*

*/s/Michael S. Loughry*
MICHAEL S. LOUGHRY (0073656) Trial Attorney
CARA M. WRIGHT (0084583)
Mazanec, Raskin & Ryder Co., L.P.A.
175 South Third Street
Suite 1000
Columbus, OH  43215
(614) 228-5931
(614) 228-5934 – Fax
mloughry@mrrlaw.com
cwright@mrrlaw.com

*Counsel for Defendants The City of Reynoldsburg and Jim O'Neill*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Michael S. Loughry*
MICHAEL S. LOUGHRY  (0073656)

*Counsel for Defendants The City of Reynoldsburg and Jim O'Neill*
